■ SYLVIA S. LOEWENTHAL, Appellant, v. BROADWAY DECORATORS, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. Plaintiff may renew her motion, if so advised, on more detailed medical affidavit. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank and Bastow, JJ.

■ BERYL KEENE, Appellant, v. GEORGE V. KEENE, Respondent.— Order unanimously modified, without costs, to reinstate permanent alimony at $10 per week. On this record reinstatement is warranted. Settle order. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ REGINA FISHER, Appellant, v. DAVID FISHER, Respondent.— Order appealed from unanimously modified, with costs to the appellant upon the facts and in the exercise of discretion to the extent of deleting therefrom that portion reducing permanent alimony from $75 to $35 weekly and denying an allowance for counsel fees and proceeding remanded to Special Term. In 1952 plaintiff was granted a decree of separation and received an award of $75 weekly for her support. The defendant has since obtained a divorce in a foreign State and has remarried. Special Term in its decision stated that it was difficult to determine with any accuracy from the papers the net earnings of the husband. In the light of these facts there should have been a hearing at which both parties would have had an opportunity to develop all relevant facts. In the interval defendant should continue to make weekly payments of $75 retroactive to July 29, 1958. Settle order. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ JEAN SILVERSTEIN, Respondent, v. NATIONAL AUTO RENTING CORP. et al., Defendants, and ISAAC GELLIS, INC., Appellant.— Order unanimously reversed upon the facts and in the exercise of discretion and the motion for preference under rule 151 of the Rules of Civil Practice, denied, without costs. We do not find that the circumstances warrant the granting of this relief in the best interests of justice. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ FIELDS HABERDASHER, INC., Respondent, v. JEAN RUCK, as Administratrix of the Estate of LEON M. RUCK, Deceased, Appellant. FIELDS TWENTY-TWO FIFTY, INC., Respondent, v. JEAN RUCK, as Administratrix of the Estate of LEON M. RUCK, Deceased, Appellant. REUBEN RUCK, Respondent, v. JEAN RUCK, as Administratrix of the Estate of LEON M. RUCK, Deceased, Appellant.— Orders vacating notices for examination before trial unanimously affirmed, without costs, but without prejudice to an application by defendant to the trial court when the cases are actually reached for trial for such examinations during the course of the trial as justice may require pursuant to the provisions of section 293 of the Civil Practice Act. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.

■ LEO COHEN, in His Own Behalf and in Behalf of All Other Stockholders of Resolute Paper Products Corp., and Other Corporations Similarly Situated, Respondent, v. GERTRUDE S. COHEN et al., Appellants, et al., Defendants.— Order unanimously modified on the facts and in the exercise of discretion, and the motion is denied in its entirety, with costs to appellants. In the circumstances of this case, the dispensing with the joinder of issue and direction for an examination before trial prior to such joinder was too precipitate. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Bastow, JJ.